**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Hyman MCWILLIE, Defendant– Appellant.**

**No. 09–13240**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Dec. 17, 2009.

Robin J. Farnsworth, Ft. Lauderdale, FL, Federal Public Defender, Robert N. Berube, Kathleen M. Williams, Miami, FL, for Defendant–Appellant.

Emily M. Smachetti, Miami, FL, Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before DUBINA, Chief Judge, WILSON and FAY, Circuit Judges.

PER CURIAM:

Robin J. Farnsworth, appointed counsel for Hyman McWillie in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record re-

veals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and McWillie's conviction and sentence are **AFFIRMED**.